UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60258-CIV-COHN/WHITE

JAMAAL WILLIAMS,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner's Motion for Certificate of Appealability [DE 19]. The Court has carefully considered the Motion, the record in this case is otherwise advised in the premises.

The Court concludes that Petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, the Court will deny Petitioner's request for a certificate of appealability. The Court notes that pursuant to the Federal Rules of Appellate Procedure, the Petitioner may request issuance of a certificate of appealability from the Eleventh Circuit. Fed. R. App. P. 22(b)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [DE 19] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of May, 2010.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record via CM/ECF

Jamaal Williams
DC# L60315
Desoto Annex
13617 SE Highway 70
Arcadia, FL 34266-7800